# United States District Court
## for the
## Southern District of Georgia
## Statesboro Division

2009 OCT 21 PM 2:57

## Request for Establishing Payment Schedule

Name of Offender: **Ronald Darden Keel**  Case Number: CR601-00012-001

Name of Sentencing Judicial Officer:   Honorable B. Avant Edenfield
United States District Judge
For the Southern District of Georgia

Date of Original Sentence:   June 25, 2002

Original Offense:   Possession of a listed chemical with the intent to manufacture a controlled substance

Original Sentence:   97 months imprisonment; 3 years supervised release; $100 special assessment; $7,802 restitution; alcohol/drug testing and/or treatment; financial disclosure; no new lines of credit without approval of probation officer

Type of Supervision:   Supervised Release

Date Supervision Commenced:   March 26, 2009

Assistant U.S. Attorney:   Darrin L. McCullough

Defense Attorney:   Jason A. Craig (appointed)

---

## PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows:

The defendant shall pay minimum payments of $120 a month toward his restitution obligation.

## CAUSE

The offender was sentenced by Your Honor on June 25, 2002, following a plea of guilty to the offense of possession of a listed chemical with the intent to manufacture a controlled substance. Keel was sentenced to a term of ninety-seven months custody, followed by a three-year term of supervised release. In addition, restitution was ordered by the Court in the amount of $7,802. At the time of sentencing, no payment schedule was set by the Court.

On March 26, 2009, Keel was released from custody and began his three-year term of supervised release. Prior to the commencement of his supervised release term, the offender paid $1,225 towards his restitution obligation; furthermore, for the past six months, Keel has paid $660 on his restitution obligation, leaving a current principal balance of $5,917. Keel is currently employed with Hawthorne Suites of Garden City, Georgia, as a maintenance man, earning $8 an hour while working an average of thirty-five hours a week. The offender resides with his daughter in Brooklet, Georgia. The probation officer has examined the offender's financial status and believes that a minimum monthly restitution payment plan of $120 is appropriate, given Keel's income and other monthly financial responsibilities.

Our office will continue to monitor the offender's financial situation throughout the period of supervision and will request increases in the monthly payment schedule if the offender's financial status improves.

Respectfully submitted,

by _____
J. David Lamb
U.S. Probation Officer
Date: October 5, 2009

Reviewed by:

_____
W. Troy Balliew
Supervisory U.S. Probation Officer

---

THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[✓] The Modification of Conditions as Noted Above
[ ] Other

_____
B. Avant Edenfield
United States District Judge
For the Southern District of Georgia

10 - 26 - 09
Date